614

389 A.2d 684

Commonwealth v. Slater, Appellant.

Submitted March 13, 1978.  Larry E. Stone, Assistant Public Defender, for appellant;  Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.